UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LESLIE L. WILLIAMS,

  Petitioner,

v.

BRADLEY J. ROBERT,

  Respondent.

Case No. 08-cv-56-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Leslie L. Williams's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 is dismissed as moot.

**DATED:  September 10, 2009**　　　　　　JUSTINE FLANAGAN, Acting Clerk

　　　　　　　　　　　　　　　　　　　　**s/Donna Stull, Deputy Clerk**

**Approved:**　s/ J. Phil Gilbert
　　　　　　**J. PHIL GILBERT
　　　　　　DISTRICT JUDGE**